# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Lawson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Liberty Life Assurance Company of Boston, et al.,<br><br>　　　　　Defendants. | No. CV-16-03298-PHX-DLR<br><br>**ORDER** |

　　　The Court has reviewed the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 30.) For good cause shown,

　　　**IT IS ORDERED** that this matter is dismissed with prejudice and each side will bear its own attorney's fees and costs.

　　　Dated this 12th day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　United States District Judge